NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOB J. THYKKUTTATHIL AND CORVILIA C. THYKKUTTATHIL** (ON BEHALF OF THEMSELVES AND G.M. THYKKUTTATHIL, A MINOR CHILD)**,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5016

---

Appeal from the United States Court of Federal Claims in case No. 09-CV-003, Judge Lynn J. Bush.

---

**JUDGMENT**

---

Job J. Thykkuttathil  and Corvilia C. Thykkuttathil, of Renton, Washington, pro se.

WILLIAM G. KANELLIS, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee.  With him on the brief were JEANNE E. DAVIDSON, Director, and KENNETH M. DINTZER, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge, NEWMAN,* and *MOORE, Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 12, 2010          /s/ Jan Horbaly
Date                          Jan Horbaly
                               Clerk